ORIGINAL
10144440

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF, | **SACR16-00107** |
| v. | |
| SHAWN P. WATKINS, | **WARRANT FOR ARREST** |
| DEFENDANT | |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **SHAWN P. WATKINS**, and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with: Conspiracy to Commit Mail Fraud, Mail Fraud, Money Laundering, and

in violation of Title 18, United States Code, Sections 1349, 1341, 1956(a)(1)(A)(i), and 1957.

| Kiry K. Gray | | |
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | **AUG 17 2016** Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| /s/ YVETTE GOMEZ | By: | **KAREN E. SCOTT** |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

SUBJECT ARRESTED BY FBI AND ARRAIGNED ON 9-1-16 IN THE CENTRAL DISTRICT OF CALIF., Santa Ana

| DATE RECEIVED | | NAME OF ARRESTING OFFICER |
| 9-1-16 | | |
| DATE OF ARREST | | TITLE |

| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

| CR-12 (08/10) | **WARRANT FOR ARREST** | Page 1 of 2 |