

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

   Case Number:  __8:16−cr−00107−CJC__
   Defendant's Name:  __Shawn P Watkins__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __5/13/2019__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __5/16/2019__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

 __May 16, 2019__                         By __/s/ Ingrid Valdes__
       Date                                              Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER